UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEWIS ADAM LAWRENCE,<br><br>      Plaintiff,<br><br> v.<br><br>RICHARD PATRICK MURPHY, D.D.S.,<br><br>      Defendant. | Case No. C15-1132-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, plaintiff's request to withdraw his complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's request to withdraw his complaint (Dkt. 26) is DENIED;

(3) Defendant's motion for summary judgment (Dkt. 19) is GRANTED, and plaintiff's complaint (Dkt. 5) and this action are DISMISSED with prejudice. The Clerk shall count this as a dismissal under 28 U.S.C. § 1915(g); and

/ / /

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 27th day of April 2016.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2